In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00065-CV


______________________________




JASON BLAKENEY, Appellant



V.



STATE OF TEXAS, ET AL., Appellees




 


On Appeal from the Fourth Judicial District Court


 Rusk County, Texas


Trial Court No. 2006-310



 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION


 Appellant, Jason Blakeney, has filed two notices of appeal with this Court appealing from
(1) the trial court's order signed February 14, 2007, dismissing all claims, and (2) the trial court's
order signed March 13, 2007, denying Blakeney's motion for rehearing.

 The order denying the motion for rehearing does not constitute a final, appealable order. 
Unless otherwise statutorily authorized, an appeal may be made only from a final judgment. See
Tex. Civ. Prac. & Rem. Code Ann. § 51.012 (Vernon 1997), § 51.014 (Vernon Supp. 2006). 
Therefore, we dismiss this appeal for want of jurisdiction.

 On the other hand, the order dismissing all claims is an appealable judgment. Blakeney's
appeal from that judgment remains before this Court and has been assigned cause number 06-07-00064-CV.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: May 15, 2007

Date Decided: May 16, 2007 





issed for want of jurisdiction.



 Bailey C. Moseley

 Justice


Date Submitted: January 22, 2009

Date Decided: January 23, 2009